IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 01571**
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2008

GREGORY C. LANGHAM
CLERK

Jose Vega _____, Plaintiff,

v.

Federal Bureau of Prisons' Director Lappin; Et.al;

Federal Bureau of Prisons' Director Nalley; Et.al;

Warden of Adx Wiley, Et. al. _____, Defendant(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

Civil right Bivens and Federal Tort claim actions pursuant to: Title 28 U.D.C. §§ 1331; 1343(a)(3) and 1346; and Requisitions for injunctive and Declaratory Relief.

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.) Plaintiff is insolvent as defined in Title 28 U.S.C. § 3302(a)(b). Therefore, with all due respect to the Court, he asks for a declaration of indigency; or to be discharged from PLRA Debts under Title 28 U.S.C. § 3206; or alternatively, he requests that Court consolidate PLRA fees; or, modify order(s) to include transferring PLRA obligations to the Defendants pursuant to: Title 28 U.S.C. § 3013; 3303-3308. Accordingly, the Court should declare plaintiff indigent, or discharge him from PLRA debt because Plaintiff has no assets that can be accommodated toward obligations, and is designated in special housing unit serving a term of over 7 years -- exempting him from earning wages to amortize debts. Moreover, he makes the above request because debts were accrued under involvency, and in good faith attempts to redress grievances. Therefore, debts should be imputed to Defendants under title 28 U.S.C. §§ 3013; 3303-3308, et. seq., respectively.

5. Are you in imminent danger of serious physical injury?

X Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

Plaintiff conditions of confinement are known to cause psychiatric decompensation, illness-disability, suffering, and violate including but not limited to assaults, rape, homicide and suicide, in some cases. See e.g. the Prison Rape Elimination Act 42 U.S.C. § 15601 et. seq.; and Jones EL v. Berge, 164 F.Supp.2d 1096, 1101-02 (7th Cir. 2001)

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on July 11th 2008
(Date)

Jose Vega
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)   2

# Inmate Statement

🖨 PRINT

| | |  | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 45189053 | | **Current Institution:** | Florence Complex |
| **Inmate Name:** | VEGA, JOSE | | **Housing Unit:** | FLM-B-A |
| **Report Date:** | 07/06/2008 | | **Living Quarters:** | B02-201L |
| **Report Time:** | 6:40:53 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 6/5/2008 8:54:26 AM | 13 | | | Sales | $0.00 | | $26.87 |
| FLX | 1/3/2008 9:03:57 AM | 28 | | | Sales | $0.00 | | $26.87 |
| FLX | 11/28/2007 6:30:15 AM | TX112807 | | | Transfer - In from TRUFACS | $26.87 | | $26.87 |
| FLX | 11/28/2007 6:30:15 AM | GFLMD497 - 134 | | | Debt Encumbrance | | ($0.07) | -------- |
| FLX | 11/28/2007 6:30:15 AM | 131 | | | BP-199 Refusal | | ($22.00) | -------- |
| FLX | 11/28/2007 6:30:15 AM | 132 | | | BP-199 Refusal | | ($22.00) | -------- |
| FLX | 11/28/2007 6:30:15 AM | 243 | | | BP-199 Refusal | | ($26.80) | -------- |
| FLX | 11/28/2007 6:30:15 AM | 129 | | | BP-199 Refusal | | ($131.00) | -------- |
| FLX | 11/28/2007 6:30:15 AM | 130 | | | BP-199 Refusal | | ($556.00) | -------- |

1

**Total Transactions: 9**

**Totals:**    $26.87    ($757.87)

*[handwritten: Debt Encumbered → negative ($731.00)]*

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $(731.00) | $0.00 | $0.07 | $0.00 | $757.80 | $0.00 | $0.00 | $26.87 |
| **Totals:** | **$(731.00)** | **$0.00** | **$0.07** | **$0.00** | **$757.80** | **$0.00** | **$0.00** | **$26.87** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $26.87 | $26.87 | $26.87 | N/A | N/A |

*K. Fluck, Case Manager*
Federal Bureau of Prisons
ADX Florence, Colorado

*page 1 of 1*

Authorized by the Act of July 27, 1955, to administer oaths (18 U.S.C. 4004)