IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 5 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. **'08 - CV - 01571** *BnB*

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

JOSE VEGA,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS' DIRECTOR LAPPIN,
FEDERAL BUREAU OF PRISONS' DIRECTOR NALLEY,
REGIONAL COUNSEL WATTS,
REGIONAL ADMIN. REM. COORD. FIELDS,
WARDEN OF ADX WILEY,
ADMIN. REM. COORD. OF ADX L. GARCIA,
EXECUTIVE ASSISTANT OF ADX LEAMME,
CAPTAIN OF ADX CASTAMEADOR,
COUNSEL OF ADX ARROYO,
CASE MANAGER OF ADX FLUKE,
EDUCATION ASST. SUPER. OF ADX MACK,
TEACHER OF ADX MACHAK,
LIBRARIAN OF ADX SWIFT,
CORRECTIONAL OFFICER ALLEN OF ADX,
CORRECTIONAL OFFICER BRUTUIS OF ADX,
CORRECTIONAL OFFICER OF ADX COLLINS,
CORRECTIONAL OFFICER OF ADX DAVIS,
CORRECTIONAL OFFICER OF ADX GARRISON,
CORRECTIONAL OFFICER OF ADX GOFF,
CORRECTIONAL OFFICER OF ADX HOLCOMB,
CORRECTIONAL OFFICER OF ADX JARBOE,
CORRECTIONAL OFFICER OF ADX JETT,
CORRECTIONAL OFFICER OF ADX LEE,
CORRECTIONAL OFFICER OF ADX McCULLOUGH,
CORRECTIONAL OFFICER OF ADX METHENELL,
CORRECTIONAL OFFICER OF ADX POTTER,
CORRECTIONAL OFFICER OF ADX SIDESINGER,
CORRECTIONAL OFFICER OF ADX SMITH,
CORRECTIONAL OFFICER OF ADX VADONNA, and
OTHERS UNKN. AND/OR UNIDENT. WITHIN BOP OR EMPLOYED AT ADX,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## GRANTING PLAINTIFF LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915, a Prisoner Complaint, "Plaintiff's Motion Requesting

Preliminary Injunction and Temporary Restraining Order Pursuant to: Fed. R. Civ. P.

Rule 65 et seq. and District Court's Local Rule of Civil Procedure, Rule 65.1," "Plaintiff's

Affidavit in Support of Preliminary Injunction and Temporary Restraining Order Pursuant

to: Fed. R. Civ. P. R. 65 et seq.," and "Plaintiff's Motion Requesting Consolidation of

Civil Action for Fed. R. Civ. P. Rule 42(a) and in Accordance With the District Court's

Civil Justice Expense and Reduction Plan Under the Civil Justice Reform Act of 1990."

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the documents are in proper form.  Therefore, the clerk of the court will

be directed to commence a civil action.  The Prisoner's Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915 will be granted.  Because the financial

information submitted in support of the *in forma pauperis* motion reveals that Plaintiff

lacks sufficient funds, he will be allowed to proceed without payment of an initial partial

filing fee.  *See* 28 U.S.C. § 1915(b)(4).  However, Plaintiff remains obligated to pay the

full filing fee as directed below.  Accordingly, it is

ORDERED that the clerk of the court commence this civil action.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 is granted.  Plaintiff shall be required to pay the

full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the

2

outcome of this action.  It is

FURTHER ORDERED that Plaintiff shall not be required to pay an initial partial

filing fee.  It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Plaintiff is

required to make monthly payments of twenty percent (20%) of the preceding month's

income credited to his trust fund account or to show cause each month why he has no

assets and no means by which to make the monthly payment.  In order to show cause,

Plaintiff must file a current certified copy of his trust fund account statement.  Plaintiff is

directed to make the necessary arrangements to have each monthly payment identified

by the civil action number on this order.  It is

FURTHER ORDERED that if within the time allowed Plaintiff fails to have each

monthly payment sent to the clerk of the court or to show cause as directed above why

he has no assets and no means by which to make a monthly payment, the Prisoner

Complaint will be dismissed without further notice.

DATED at Denver, Colorado, this 22d day of July, 2008.

BY THE COURT:

Boyd N. Boland

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 01571

Jose Vega
Reg. No. 45189-053
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _7/25/08_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk