IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01571-BNB

JOSE VEGA,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS' DIRECTOR LAPPIN,
FEDERAL BUREAU OF PRISONS' DIRECTOR NALLEY,
REGIONAL COUNSEL WATTS,
REGIONAL ADMIN. REM. COORD. FIELDS,
WARDEN OF ADX WILEY,
ADMIN. REM. COORD. OF ADX L. GARCIA,
EXECUTIVE ASSISTANT OF ADX LEAMME,
CAPTAIN OF ADX CASTAMEDOR,
COUNSEL OF ADX ARROYO,
CASE MANAGER OF ADX FLUKE,
EDUCATION ASST. SUPER. OF ADX MACK,
TEACHER OF ADX MACHAK,
LIBRARIAN OF ADX SWIFT,
CORRECTIONAL OFFICER ALLEN OF ADX,
CORRECTIONAL OFFICER BRUTUIS OF ADX,
CORRECTIONAL OFFICER OF ADX COLLINS,
CORRECTIONAL OFFICER OF ADX DAVIS,
CORRECTIONAL OFFICER OF ADX GARRISON,
CORRECTIONAL OFFICER OF ADX GOFF,
CORRECTIONAL OFFICER OF ADX HOLCOMB,
CORRECTIONAL OFFICER OF ADX JARBOE,
CORRECTIONAL OFFICER OF ADX JETT,
CORRECTIONAL OFFICER OF ADX LEE,
CORRECTIONAL OFFICER OF ADX MCCULLOUGH,
CORRECTIONAL OFFICER OF ADX METHENELL,
CORRECTIONAL OFFICER OF ADX POTTER,
CORRECTIONAL OFFICER OF ADX SIDESINGER,

CORRECTIONAL OFFICER OF ADX SMITH,

CORRECTIONAL OFFICER OF ADX VADONNA, and
OTHERS UNKN AND/OR UNIDENT. WITHIN BOP OR EMPLOYED AT ADX,

        Defendants.

---

## ORDER TO CURE DEFICIENCY

---

Boland, Magistrate Judge

    Plaintiff submitted a Notice of Appeal on September 5, 2008.  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
     X     is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X     is not submitted
     __     is missing affidavit
     __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
     __     is missing required financial information
     __     is missing an original signature by the prisoner
     __     is not on proper form (must use the court's current form)
     __     other_____

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

    FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

Dated September 9, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge