IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01571-BNB

JOSE VEGA,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS' DIRECTOR LAPPIN,
FEDERAL BUREAU OF PRISONS' DIRECTOR NALLEY,
REGIONAL COUNSEL WATTS,
REGIONAL ADMIN. REM. COORD. FIELDS,
WARDEN OF ADX WILEY,
ADMIN. REM. COORD. OF ADX L. GARCIA,
EXECUTIVE ASSISTANT OF ADX LEAMME,
CAPTAIN OF ADX CASTAMEADOR,
COUNSEL OF ADX ARROYO,
CASE MANAGER OF ADX FLUKE,
EDUCATION ASST. SUPER. OF ADX MACK,
TEACHER OF ADX MACHAK,
LIBRARIAN OF ADX SWIFT,
CORRECTIONAL OFFICER ALLEN OF ADX,
CORRECTIONAL OFFICER BRUTUIS OF ADX,
CORRECTIONAL OFFICER OF ADX COLLINS,
CORRECTIONAL OFFICER OF ADX DAVIS,
CORRECTIONAL OFFICER OF ADX GARRISON,
CORRECTIONAL OFFICER OF ADX GOFF,
CORRECTIONAL OFFICER OF ADX HOLCOMB,
CORRECTIONAL OFFICER OF ADX JARBOE,
CORRECTIONAL OFFICER OF ADX JETT,
CORRECTIONAL OFFICER OF ADX LEE,
CORRECTIONAL OFFICER OF ADX McCULLOUGH,
CORRECTIONAL OFFICER OF ADX METHENELL,
CORRECTIONAL OFFICER OF ADX POTTER,
CORRECTIONAL OFFICER OF ADX SIDESINGER,
CORRECTIONAL OFFICER OF ADX SMITH,
CORRECTIONAL OFFICER OF ADX VADONNA, and
OTHERS UNKN. AND/OR UNIDENT. WITHIN BOP OR EMPLOYED AT ADX,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2008

GREGORY C. LANGHAM
                   CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

"Plaintiff's Motion to be Excused From September's PLRA Fee for Reason of Insolvency" filed on September 15, 2008, is DENIED as moot. If Plaintiff is not required to make a monthly filing fee payment in accordance with 28 U.S.C. § 1915(b)(2), he must submit a certified copy of his inmate trust fund account statement. He need not file a motion with the account statement.

Dated: September 16, 2008

---

Copies of this Minute Order mailed on September 16, 2008, to the following:

Jose Vega
Reg. No. 45189-053
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk