IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01571-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
                    CLERK

JOSE VEGA,
    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS' DIRECTOR LAPPIN,
FEDERAL BUREAU OF PRISONS' DIRECTOR NALLEY,
REGIONAL COUNSEL WATTS,
REGIONAL ADMIN. REM. COORD. FIELDS,
WARDEN OF ADX WILEY,
ADMIN. REM. COORD. OF ADX L. GARCIA,
EXECUTIVE ASSISTANT OF ADX LEAMME,
CAPTAIN OF ADX CASTAMEADOR,
COUNSEL OF ADX ARROYO,
CASE MANAGER OF ADX FLUKE,
EDUCATION ASST. SUPER. OF ADX MACK,
TEACHER OF ADX MACHAK,
LIBRARIAN OF ADX SWIFT,
CORRECTIONAL OFFICER ALLEN OF ADX,
CORRECTIONAL OFFICER BRUTUIS OF ADX,
CORRECTIONAL OFFICER OF ADX COLLINS,
CORRECTIONAL OFFICER OF ADX DAVIS,
CORRECTIONAL OFFICER OF ADX GARRISON,
CORRECTIONAL OFFICER OF ADX GOFF,
CORRECTIONAL OFFICER OF ADX HOLCOMB,
CORRECTIONAL OFFICER OF ADX JARBOE,
CORRECTIONAL OFFICER OF ADX JETT,
CORRECTIONAL OFFICER OF ADX LEE,
CORRECTIONAL OFFICER OF ADX McCULLOUGH,
CORRECTIONAL OFFICER OF ADX METHENELL,
CORRECTIONAL OFFICER OF ADX POTTER,
CORRECTIONAL OFFICER OF ADX SIDESINGER,
CORRECTIONAL OFFICER OF ADX SMITH,
CORRECTIONAL OFFICER OF ADX VADONNA, and
OTHERS UNKN. AND/OR UNIDENT. WITHIN BOP OR EMPLOYED AT ADX,
    Defendants.

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff has filed *pro se* on September 5, 2008, "Plaintiff's Rule 59(e) and 60(b)(6) Motion Under the Federal Rules of Civil Procedures to Alter or Amend Judgment Entered by Court on August 13, 2008, Denying His Motion for Preliminary Injunction and Request for Temporary Restraining Order Under Rule 65, et seq." The Court must construe the motion liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

Plaintiff asks the Court to reconsider the Court's Order filed on August 14, 2008, denying Plaintiff's motion for a preliminary injunction or temporary restraining order. The Court denied the motion for a preliminary injunction or a temporary restraining order because Plaintiff's vague and conclusory allegations in support of the claims he is asserting do not demonstrate that he will suffer immediate and irreparable injury if no preliminary injunction or temporary restraining order is entered in this action.

Although Plaintiff filed the motion to reconsider pursuant to Rules 59(e) and 60(b)(6) of the Federal Rules of Civil Procedure, those rules are not applicable because the Court has not entered a final judgment in this action. Nevertheless, the Court has considered the motion to reconsider and finds that Plaintiff still fails to set forth specific factual allegations that demonstrate he will suffer immediate and irreparable injury if no preliminary injunction or temporary restraining order is entered in this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

2

ORDERED that "Plaintiff's Rule 59(e) and 60(b)(6) Motion Under the Federal Rules of Civil Procedures to Alter or Amend Judgment Entered by Court on August 13, 2008, Denying His Motion for Preliminary Injunction and Request for Temporary Restraining Order Under Rule 65, et seq." filed on September 5, 2008, is denied.

DATED at Denver, Colorado, this 17 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01571-BNB

Jose Vega
Reg. No. 45189-053
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk