# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01571-ZLW

JOSE VEGA,

     Plaintiff,

v.

LAPPIN, Chf. Director of Bureau of Prisons C.R.O.,
NALLEY, Director of Bureau of Prisons N.C.O.,
WATTS, Regional Counsel, Central Regional Office,
FIELDS, Regional Admin. Rem. Coord., N.C.O.,
WILEY, Warden of ADX,
LEANN, Executive Assistant at ADX,
GARCIA, Admin. Rem. Coord. At ADX,
CASSAMEADOR, Captain at ADX,
ARROYO, Counselor at ADX,
FLUKE, Case Manager at ADX,
MACHAK, Teacher at ADX,
SWIFT, Librarian at ADX,
ARCO, Correctional Officer at ADX,
ALLEN, Correctional Officer at ADX,
BRUTUIS, Correctional Officer at ADX,
COLLINS, Correctional Officer at ADX,
DAVIS, Correctional Officer at ADX,
GARRISON, Correctional Officer at ADX,
HOLCOMB, Correctional Officer at ADX,
JARBOE, Correctional Officer at ADX,
JETT, Correctional Officer at ADX,
LEE, Correctional Officer at ADX,
McCOLLOUGH, Correctional Officer at ADX,
METHERELL, Correctional Officer at ADX,
POTTER, Correctional Officer at ADX,
SIDESINGER, Correctional Officer at ADX,
SMITH, Correctional Officer at ADX,
VADONNA, Correctional Officer at ADX,
BAILEY, Psychologist at ADX,
DUNLAP, Discip. Hearing Officer at ADX,
HAYGOOD, Counselor at ADX,
OTHERS UNKNOWN EMPLOYED BY THE BOP, and
OTHERS UNKNOWN EMPLOYED AT ADX,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 0 2009

GREGORY C. LANGHAM
CLERK

# MINUTE ORDER

## ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

"Plaintiff's Motion for Order Directing Custodians to Preserve Probative Evidence Consisting of Use of Force Tape for February 2006, Held in Their Custody and Control But Will be Destroyed by February 2008, That is, if Court Does not Order Its Preservation for Purpose of This Civil Litigation" and "Movant's Motion for Procedural Order Directing Custodians to Preserve and Produce Video Tapes of a February 2007 Use of Force Incident, and to Permit Deposition Before Action or Pending Appeal Pursuant to Rules 34 and 27, Rules of Civil Procedures" filed on January 9, 2008, are DENIED.

Dated: February 10, 2009

Copies of this Minute Order mailed on February 10, 2009, to the following:

Jose Vega
Reg No. 45189-053
USP - ADX
P.O. Box 8500
Florence, CO 81226-8500

Secretary/Deputy Clerk